IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY WELKER, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY WELKER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the reassignment of case 8:09CR109 to the undersigned judge,

IT IS ORDERED that the above cases are scheduled for a status conference on **Friday, June 19, 2009, at 9:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.. The defendant must be present for this hearing.

DATED this 11th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge