IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR109 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY WELKER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 6th day of October, 2009, this matter comes on before the Court upon the United States' Motion to Strike Portion of Preliminary Order of Forfeiture and Close Forfeiture Case. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Portion of Preliminary Order of Forfeiture is hereby sustained.

2. Those portions of the Preliminary Order of Forfeiture (Filing No. 27) pertaining to weapons is hereby stricken. All remaining portions of said Order remain in full force and effect.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON**
**Chief United States District Court**